UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Case No. 06-cv-4715 (JNE)
ORDER

Joseph Botzet,

Defendant.

This case is before the Court on the United States' Motion for an Order Approving Judgment Lien Renewal. *See* 28 U.S.C. § 3201(c)(2). Having reviewed the record, the Court grants the motion. Therefore, IT IS ORDERED THAT:

1. The United States' Motion for an Order Approving Judgment Lien Renewal [Docket No. 14] is GRANTED.

2. Renewal of the United States' judgment lien against Joseph Botzet is APPROVED under 28 U.S.C. § 3201(c)(2).

Dated: October 2, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge